AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 2 9 2008**

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

V.

David Nikolow
DOB: 9/24/50

## WARRANT FOR ARREST

CASE NUMBER:
**08 - 050 - M - 01**

To:    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____David Nikolow_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense):

For interstate trafficking of stolen goods of the value of $5,000 or more and conspiracy to participate in the interstate trafficking of stolen goods of the value of $5,000.

in violation of Title 18 United States Code, Section(s) _23(15) & 371_.

Deborah A. Robinson
United States Magistrate Judge

Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

Date and Location    1/25/08

Bail fixed at $ _____    by _____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED 1/25/08 | NAME AND TITLE OF ARRESTING OFFICER Stephenie K. Owens Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 1/29/08 | | |

FILED

JAN 2 9 2008

Clerk, U.S. District and
Bankruptcy Courts

08-050-M-01

AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

---

## I. BACKGROUND AND EXPERIENCE

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since September 1990. I am currently assigned to the Washington Metropolitan Field Office, Safe Streets Gang Homicide Unit. I have been the lead case agent investigating several long-term, gang-related enterprises which resulted in successful prosecutions of these organizations in the United States District Court for the District of Columbia. These investigations include, United States v. Tommy Edelin, et al., which was the first death penalty prosecution in the District of Columbia in over 30 years. Another was, United States v. Kevin Gray, et al., which involved a total of 23 defendants charged with various crimes such as violations of the Racketeering and Influenced and Corrupt Organizations (RICO) statute, racketeering conspiracy, maintaining a continuing criminal enterprise (CCE), and narcotics violations. The two investigations involved a total of forty-six (46) separate murders. Additionally, I have lectured at the FBI Academy in Quantico, Virginia on gang-related investigations and on the use of informants and cooperating witnesses. Furthermore, I have lectured at the University of Virginia School of Law as well as the National Advocacy Center in Columbia, South Carolina on the use of informants and cooperating witnesses. In November of 2000, I taught a course on "Task Force Operations" to the National Police in Kiev, Ukraine.

2. I have received instruction and training from the FBI in homicide and narcotic related investigations. I have participated in over 100 narcotics-related investigations and participated in over 1,200 search warrants that have led to the arrests and convictions of numerous defendants.

### III.  THE INVESTIGATION

3.  This affidavit is based upon evidence and information that stems from a series of events beginning with a theft that occurred on January 23, 2008, at the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia.  In the preparation of this affidavit your affiant has relied upon video surveillance evidence, knowledge of the subjects involved in the events, and confidential source information. Your affiant has included in this affidavit facts which he believes are sufficient to support a probable cause finding for the issuance of the requested arrest warrant but not all facts concerning this case that are known to your affiant.

4.  On January 23, 2008,  your affiant was contacted by a confidential source (hereinafter referred to as CS-1).  CS-1 advised that three individuals CS-1 knows as "Man", "Tony" (Man's brother) and "Woot." had just committed a theft of (8) eight Chanel purses from the Tysons Corner Mall.   Your affiant knows these three individuals to be WALTER ANTONIO DOUGLAS a/k/a "Man",  ANTONIO DOUGLAS a/k/a "Tony" and JOHN WEST LYONS a/k/a "Woot."

5. WALTER ANTONIO DOUGLAS a/k/a "Man" is a convicted felon currently on Supervised Release in United States District Court, District of Columbia as well as probation with the State of Virginia.  WALTER DOUGLAS has been convicted of robbery and theft in both Maryland and Virginia. Convictions in both of those jurisdictions involved the theft of high end jewelry such as Rolex watches and diamond bracelets.   ANTONIO DOUGLAS a/k/a "Tony" is WALTER'S brother.  ANTONIO DOUGLAS  has robbery and theft convictions in Maryland and has been charged with Conspiracy to Commit Robbery (disposition unknown by

2

your affiant) in Washington, D.C.  JOHN WEST LYONS a/k/a "Woot" is currently wanted  in

Prince George's County Maryland on Armed Robbery, First Degree Assault, Second Degree

Assault and Theft in excess of $500.  These charges stem from the November 19, 2007 robbery

of the Macy's Department store located at 4101 Branch Avenue, Temple Hills, MD.

6. On January 23, 2008, your affiant spoke with the Manager of Loss Prevention at the

Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia.  The

Manager advised that a theft had occurred at his store at approximately 12:55 p.m. by three black

males.  These three subjects stole, from Nieman Marcus, 8 (eight) Chanel purses.  One of the

purses was recovered outside of the store.  The total theft was valued at $16,165.00.  The theft

was captured on video tape which your affiant has reviewed.  While the faces are not clearly

depicted, two of the subjects wore their hair in long dred locks.  Both ANTONIO DOUGLAS

and JOHN LYONS wear their hair in long dred locks.  The third subject had a haircut which is

similar to WALTER DOUGLAS.  Based on a brief side view glimpse of the three fleeing felons,

your affiant was able to identify WALTER DOUGLAS as one of the three fleeing felons.[1]

7. The video tape clearly depicts WALTER DOUGLAS wearing a reddish baseball cap

with a tan insignia, a dark puffy coat, and black leather boots; ANTONIO DOUGLAS wearing a

black baseball cap with a white insignia, a multi-colored jacket with a white design on the chest,

back and sleeves, and brown leather boots with black soles; JOHN WEST LYONS wearing a tan

floppy hat with a brim, and a tan pullover type sweater.

---

[1] Your affiant has significant prior contacts with WALTER DOUGLAS.

3

8.  The three subjects made their escape in a black LINCOLN Continental car with a front license plate that says "Auto Source" and a Maryland temporary tag on the rear of the vehicle. Additionally, the vehicle used in the theft was missing the gas cap and had a had body damage to the left rear bumper.  This same vehicle was observed by your affiant parked in the parking lot in front of 1737 W Street, S.E., (target residence).

9.  CS-1 placed a telephone call to WALTER DOUGLAS on January 23, 2008, and allowed your affiant to listen to the conversation.  Your affiant knows WALTER DOUGLAS and could recognize his voice as the person to whom CS-1 was talking. WALTER DOUGLAS told CS-1 that "all of the bags were gone."

10.  CS-1 observed WALTER DOUGLAS and ANTONIO DOUGLAS inside of 1737 W Street, S.E. Apartment 106 on January 23, 2008.  According to CS-1, ANTONIO DOUGLAS resides in this apartment.  A query of law enforcement data bases shows both WALTER DOUGLAS and ANTONIO DOUGLAS living in different apartments at this address in the past.

11.  CS-1 had a subsequent conversation with WALTER DOUGLAS on January 23, 2008, and WALTER DOUGLAS said that the three subjects were planning on committing a robbery on January 24, 2008 and wanted to know if CS-1 would accompany them.  WALTER DOUGLAS told CS-1 that they were planning on robbing a jewelry store of diamond bracelets and a department store of more purses.  DOUGLAS also said that they would be carrying pistols and wearing masks.

12.  Based on the foregoing a warrant was issued on January 24, 2008, for the premises known as 1737 W Street, S.E. Apartment 106.  That warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft and robbery, Chanel purse labels, vehicle ownership

4

documents pertaining to the Lincoln Continental getaway car, clothing worn by the subjects as well as firearms, documents containing lessee information, and other relevant evidence of the theft at Nieman Marcus as well as evidence of future store thefts and robberies.

13.   That warrant was executed at approximately1:50 p.m., on January 24, 2008. Recovered during the search was, <u>inter alia</u>, a handgun and some clothing worn during the theft of the Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia. The three subjects believed to have committed the theft were arrested in connection with the execution of the search warrant.  One of those subjects informed law enforcement that the Chanel purses stolen during the theft were sold to "David," whom he described as the Italian guy who owns the liquor store, Rose Mar, located at 1537 Good Hope Road, S.E., Washington, D.C. and adjoins 1935 16th Street, S.E., Washington, D.C.[2]   The subject stated further that they sold the purses to "David" inside of 1935 16th Street, S.E., Washington, D.C.

14.   Based on the foregoing a warrant was issued on January 24, 2008, for the premises known as Rose Mar Liquor Store, located at 1537 Good Hope Road, S.E., Washington, D.C. and adjoining 1935 16th Street, S.E., Washington, D.C.  The warrant sought evidence of the crimes of conspiracy, conspiracy to commit theft, Chanel purses, and other relevant evidence of theft.

---

[2]   The premises identified as Rose Mar Liquor Store located at 1537 Good Hope Road, S.E., Washington, D.C. adjoins 1935 16th Street, S.E., Washington, D.C.  According to the subject involved in the theft, the two addresses are comprised of one building owned by "David."  The subject also identified David's vehicle which was parked in front of 1935 16th Street, S.E.  A check of D.C. DMV records revealed that David Nikolow is the registered owner of the vehicle identified by the subject.  Additionally, the subject stated that David regularly fences high-end merchandise at 1935 16th Street, S.E., Washington, D.C.

15. That warrant was executed at approximately 7:45 p.m., on January 24, 2008, and is continuing. Located during the search, <u>inter alia</u>, were Chanel purses[3], 2 rifles, 2 pistols, 5 revolvers, 2 shotguns, various calibers of ammunition and magazines, approximately $23,628 in United States Currency, numerous mountain bikes, numerous construction tools, jewelry, shoes and clothing, and numerous Gucci, Chanel handbags and Coach handbags.

16. Also located during the search were documents naming David Nikolow as lessee of Rose Mar, Liquor Store and other documents listing David Nikolow's address as 1307 E Street, S.E., Washington, D.C. Additionally, the vehicle described in footnote three is one of seven vehicles registered to David and Petra Nikolow at 1307 E Street, S.E., Washington, D.C. On January 25, 2008, a female fitting the description of Petra Nikolow was seen entering the target premises, then leaving and entering a vehicle registered to her at that address and then leaving the residence.

---

[3] The Chanel purses recovered are believed to be those stolen from Nieman Marcus Department Store located at 2255 International Drive, McLean, Virginia.

Based on the foregoing your affiant submits that there is probable cause to arrest David

Nikolow for interstate trafficking of stolen goods of the value of $5,000 or more and conspiracy

to participate in the interstate trafficking of stolen goods of the value of $5,000._____

_____

_____

DANIEL C. SPARKS
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me
this ___ day of  January  2008, the District of Columbia

United States District Court Magistrate Judge

7